# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILSON P. RICHARD, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:18-cv-00559-RDM |
| | : | |
| V. | : | |
| | : | |
| FINANCE OF AMERICA INSURED, LLC, | : | |
| Formerly known as GATEWAY FUNDING | : | |
| DIVERSIFIED MORTGAGE SERVICES, LP, | : | |
| OCWEN LOAN SERVICING, LLC | : | |
| QBE INSURANCE CORPORATION, | : | |
| PROGRESSIVE SPECIALTY INSURANCE | : | |
| AGENCY, INC. and GREAT AMERICAN | : | |
| ASSURANCE COMPANY | : | |
| Defendants | : | |

## **CORPORATE DISCLOSURE FORM**

The nongovernmental corporate party, QBE Insurance Corporation, is a Pennsylvania corporation that is a wholly-owned subsidiary of QBE Reinsurance Corporation. The parent corporation of these entities is QBE Insurance Group Limited, which is publicly traded on the Australian Securities Exchange.

    Respectfully submitted,

    **GOLDBERG SEGALLA LLP**

Date: April 24, 2018    By: */s/Matthew R. Shindell*
    Matthew R. Shindell, Esquire
    Attorney ID No.: 88379
    1700 Market Street, Suite 1418
    Philadelphia, PA 19103
    T: (267) 519-6855
    F: (267) 519-6801
    *Attorneys for QBE Insurance Corporation*

8770251.v1

## CERTIFICATE OF SERVICE

I, Matthew R. Shindell, Esquire, hereby certify that the foregoing Corporate Disclosure was served upon all counsel of record via ECF System filing on April 24, 2018

Respectfully submitted,

**GOLDBERG SEGALLA, LLP**

Date: April 24, 2018

By: */s/Matthew R. Shindell*
Matthew R. Shindell, Esquire
Attorney ID No.: 88379
1700 Market Street, Suite 1418
Philadelphia, PA 19103
T: (267) 519-6855
F: (267) 519-6801
*Attorneys for QBE Insurance Corporation*