IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILSON P. RICHARD<br>　　　Plaintiff,<br>v.<br><br>FINANCE OF AMERICA MORTGAGE, LLC formerly known as GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, LP; QBE INSURANCE CORPORATION; and GREAT AMERICAN ASSURANCE COMPANY<br>　　　Defendant. | CASE NO.: 18-cv-00559-RDM |

## STIPULATION

It is hereby agreed and stipulated to by all the parties to the above litigation that based on the Order dated May 3, 2019 dismissing Plaintiff's claims against Great American Assurance Company; with prejudice [ECF No. 90], Great American Assurance Company is removed from the caption and is no longer a party to this litigation.

Wetzel, Phillips, Rodgers & Falcone

_____
JOHN RODGERS
1170 Highway 315, Suite 1
Plains, PA 18702
570-823-0100
570-825-7799 (fax)
jrodgers@wcprlaw.com
Attorneys for Plaintiff

Goldberg Segalla LLP

_____
ANDREW CARROLL
1700 Market Street, Suite 1418
Philadelphia, PA 19103
267-519-6800
267-519-6801 (fax)
acarroll@goldbergsegalla.com
Attorneys for Defendant,
QBE Insurance Corporation

1319290-1

| | |
|---|---|
| **Stradley Ronon Stevens & Young, LLP** | **Timoney Knox, LLP** |
| ___s/Thomas Lucchesi___ | ___s/William Krekstein___ |
| JOE NGUYEN | WILLIAM KREKSTEIN |
| THOMAS LUCCHESI (*pro hac vice*) | 400 Maryland Drive |
| 2005 Market Street, Suite 2600 | Fort Washington, Pennsylvania |
| Philadelphia, PA 19103 | 215-646-6000 |
| 215-564-8000 | 215-646-0379 (fax) |
| 215-564-8120 (fax) | wkrekstein@timoneyknox.com |
| jnguyen@stradley.com | Attorneys for Defendant, |
| Attorneys for Defendant, | Great American Assurance Company |
| Ocwen Loan Servicing, LLC | |

**Sandelands Eyet LLP**

*/s/ Matthew T. Eyet/*

MATTHEW T. EYET
1545 U.S. Highway 206, Suite 304
Bedminster, NJ 07921
908-470-1200
908-470-1206 (fax)
meyet@se-llp.com
Attorneys for Defendant,
Finance of America Mortgage LLC
f/k/a Gateway Funding Diversified
Mortgage Services, LP


Approved:

_____
                                                     J.

1319290-1