# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| WILSON P. RICHARD, | : |
| | :CIVIL ACTION NO. 3:18-CV-559 |
| Plaintiff, | : |
| | :(JUDGE MARIANI) |
| v. | :(Magistrate Judge Carlson) |
| | : |
| FINANCE of AMERICA MORTGAGES, LLC, | : |
| formerly known as GATEWAY FUNDING | : |
| DIVERSIFIED MORTGAGE SERVICES, LP, | : |
| et al., | : |
| | : |
| Defendants. | : |
| | : |

## ORDER

AND NOW, THIS  8th  DAY OF AUGUST 2019, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 100) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 100) is **ADOPTED** for the reasons discussed therein;

2. The Motion of Defendant to Dismiss Plaintiff's Second Amended Complaint as to Ocwen Pursuant to Fed. R. Civ. Pa. 12(b)(6) is **GRANTED;**

3. Defendant Ocwen is **DISMISSED** from this action;

4. As this case was previously referred to Magistrate Judge Carlson "for the purpose of conducting all pre-trial proceedings and issuing rulings or Reports and Recommendations on all pre-trial motions, in accordance with 28 U.S.C. a§

636(b)" (Doc. 66), this case is **REMANDED** to Magistrate Judge Carlson for further proceedings.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge