## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILSON P. RICHARD | : | |
| | : | No. 3:18-CV-00559-UN2 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| FINANCE OF AMERICA MORTGAGE, LLC formerly known as GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, LP; OCWEN LOAN SERVICING, LLC; QBE INSURANCE CORPORATION; and   GREAT AMERICAN ASSURANCE COMPANY | : | |
| | : | |
| Defendants | : | Electronically Filed |

**PRAECIPE TO DISCONTINUE WITH PREJUDICE**

Kindly mark the above-captioned matter discontinued and ended with prejudice.

Respectfully submitted,

/s/ John P. Rodgers, Esquire
Attorney for Plaintiff
ECF USER
Supreme Court ID #79998
Wetzel, Phillips, Rodgers & Falcone
1170 Highway 315, Suite 1, Plains, PA 18702
570-823-0101(PHONE) / 570-825-7799 (FAX)
jrodgers@wcprlaw.com